**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PENNSYLVANIA HIGHER** | ) | |
| **EDUCATION ASSISTANCE AGENCY,** | ) | |
| | ) | |
| **Plaintiff ,** | ) | |
| | ) | |
| **vs.** | ) | **Case number 4:07cv1928 TCM** |
| | ) | |
| **MECCA T. McDONALD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This action was referred to the undersigned Magistrate Judge in accordance with Rule 2.08(A) of the Local Rules of the Eastern District of Missouri. Pursuant to that Rule and 28 U.S.C. § 636(c), each party must execute a written consent to the undersigned's jurisdiction before the undersigned may enter a dispositive ruling.

Plaintiff obtained service on defendant Mecca T. McDonald on December 10, 2007. Defendant did not file a responsive pleading. Consequently, Plaintiff moved for, and has been granted, an entry of default against Defendant. Plaintiff has also moved for a default judgment against Defendant; that motion is pending. Clearly, Defendant is not going to consent to the undersigned ruling on the motion for a default judgment. Without this consent, the undersigned lacks jurisdiction to rule on the motion. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall randomly reassign the instant cause of action to a United States District Judge for disposition.

/s/ Thomas C. Mummert, II
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this <u>14th</u> day of February, 2008.

PDF created with pdfFactory trial version www.pdffactory.com